# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MICHAEL MCKEE and EVGENIY GOUSSEV, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>GENERAL MOTORS COMPANY, a Delaware corporation,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:21-cv-05815-DGE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant's Motion to Dismiss (Dkt. No. 19) is GRANTED and the Second Amended Complaint (Dkt. No. 18) is DISMISSED with prejudice.

Dated May 20, 2022.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Ann Duke
　　　　　　　　　　　　　　　　　　　Deputy Clerk